

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00230-CV

**IN RE THE ESTATE OF** Imogene E. **BOHMFALK**, Deceased

From the County Court at Law, Medina County, Texas
Trial Court No. 8047
Honorable Vivian Torres, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: August 07, 2013

DISMISSED

On July 25, 2013, Beverly Lutz filed her "Unopposed Motion to Dismiss Appeal" in which she asserts the parties have entered into an agreement settling the dispute between them and requests dismissal of the appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant Beverly Lutz. *See id*. R. 42.1(d).

PER CURIAM